# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**SESHADRI RAJU, M.D., P.A.**                                                 **PLAINTIFF**

**vs.**                             **CIVIL ACTION NO. 3:17-cv-357-CWR-FKB**

**ERIN MURPHY, M.D.**                                                       **DEFENDANT**

**AND**

**ERIN MURPHY, M.D .**                                                 **COUNTER-PLAINTIFF**

**vs.**

**SESHADRI RAJU, M.D., P.A**                                     **COUNTER-DEFENDANT**

## ORDER

Before the Court are the following motions: Plaintiff's Motion for Extension of Time to Designate Additional Experts and Prepare Written Reports [92], Defendant's Motion to Strike Dr. Raju's Expert Designation [100], Plaintiff's Motion to Compel Discovery Responses [117], and Plaintiff's Motion to Modify Case Management and Scheduling Order, and to Extend Pretrial Deadlines [134]. The Court finds as follows.

On February 28, 2019, the Court granted Plaintiff leave to file an Amended Complaint. [154]. On March 2, 2019, Plaintiff filed his amended complaint, adding a new defendant, Medtronic, Inc., and adding several additional claims against Defendant. [156]. As a result, the Court will hold a new case management conference and set new case management deadlines. Accordingly, Plaintiff's motions for extensions of those deadlines, [92] and [134], are now moot. Defendant's motion to strike Plaintiff's expert designation as incomplete [100] is also moot, as Plaintiff will have an opportunity to file new expert designations. Finally, many of the discovery requests and responses at issue in Plaintiff's motion to compel [117] concern claims addressed in

the amended complaint. As it is likely that Plaintiff will submit new discovery requests to Defendant on these issues, or that Defendant will supplement the responses previously provided to Plaintiff, motion [117] is also moot.

Once Medtronic has filed an answer or other pleading responsive to Plaintiff's Amended Complaint [156], the parties are instructed to contact the undersigned's chambers to schedule a new case management conference.

SO ORDERED, this the 18th of March, 2019.

   /s/ F. Keith Ball_____
UNITED STATES MAGISTRATE JUDGE