# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| **SESHADRI RAJU, M.D., P.A.,** | **PLAINTIFF** |
| v. | **CIVIL ACTION NO. 3:17-cv-357-CWR-FKB** |
| **ERIN MURPHY, M.D., and** | |
| **MEDTRONIC, INC.** | **DEFENDANTS** |
| **AND** | |
| **ERIN MURPHY, M.D.,** | **COUNTER-PLAINTIFF** |
| v. | |
| **SESHADRI RAJU, M.D., P.A.,** | **COUNTER-DEFENDANT** |

## ORDER

This case is before the Court, *sua sponte*, for the recusal of F. Keith Ball as the United States Magistrate Judge herein. Having considered the standards set forth in 28 U.S.C. § 455, the undersigned finds it appropriate to recuse himself from this case.

IT IS, THEREFORE, ORDERED that the undersigned recuses himself from all further proceedings in this case. All motions and other matters for which the magistrate judge is responsible shall be submitted to United States Magistrate Judge Linda R. Anderson, to whom this case is hereby reassigned.

SO ORDERED, this the 2nd day of May, 2019.

    /s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE